Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6746 | **DATE** | 12/24/2002 |
| **CASE TITLE** | Peter Bennett vs. Arrow Financial Services LLC | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Enter Memorandum Opinion and Order. Defendant moves to dismiss. That motion is granted, but with leave to file an amended complaint within 28 days.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | DEC 26 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | 8 |
| ✓ | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 02 DEC 24 PM 12:18 FILED | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETER BENNETT,)
)
Plaintiff,)
)    Case No. 02 CV 6746
v.)    Honorable Judge Moran
)
ARROW FINANCIAL SERVICES LLC)
)
Defendant.)

**DOCKETED**
DEC 2 6 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff complains that defendant kept trying to collect a stale debt after plaintiff asked for verification in a telephone conversation, and that defendant discussed the matter with plaintiff's wife. He claims those actions violated the Fair Debt Collection Practices Act, without specifying the sections. Defendant moves to dismiss. That motion is granted, but with leave to file an amended complaint within 28 days.

Defendant correctly notes that if the claimed violations are failing to cease collection efforts and discussing the matter with plaintiff's wife, the allegations are deficient because ceasing the efforts became an obligation only after the alleged debtor has notified the defendant in writing and communications with a spouse are not communications with a third-party for purposes of 15 U.S.C. § 1692(b). Undoubtedly, recognizing the force of those contentions, plaintiff now recasts his theory, arguing that five plus telephone calls on September 10, 2002, were harassment violating 15 U.S.C. § 1692d. And possibly (we do not now consider the matter)

plaintiff can state a claim that defendant intended to annoy, abuse or harass him by making the calls. But that is not what the present complaint alleges.

*James B. Moran*
JAMES B. MORAN
Senior Judge, U. S. District Court

Dec. 24, 2002.

C:\wptext\Opinion\Bennett02c6746.wpd