

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6746 | **DATE** | 3/20/2003 |
| **CASE TITLE** | Peter Bennett vs. Arrow Financial Services LLC | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant's motion to strike is denied. Status hearing set for April 16, 2003 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | MAR 21 2003 date docketed | |
| | Notified counsel by telephone. | | | 16 |
| ✓ | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | |
| | Copy to judge/magistrate judge. | | | |
| WAH courtroom deputy's initials | | 03 MAR 20 PM 2:57 Date/time received in central Clerk's Office | date mailed notice mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PETER BENNETT,           )
                         )
         Plaintiff,      )
                         )
     vs.                 )    No. 02 C 6746
                         )
ARROW FINANCIAL SERVICES LLC, )
                         )
         Defendant.      )

## MEMORANDUM OPINION AND ORDER

On December 26, 2002, we dismissed the two claims then alleged, but we granted leave to amend. Plaintiff did file an amended complaint, albeit late, still referring to alleged conduct which was the basis for his dismissed claims, and not alleging intent with particular clarity. Defendant moves to strike. We will not strike for being somewhat tardy; we disregard the allegations relating to dismissed claims; and we believe that the amended complaint, fairly read, does allege telephone calls made with intent to annoy, abuse or harass.

The conduct of which plaintiff complains is more than five telephone calls on September 10, 2002. Plaintiff also alleges he received two letters several months earlier, but we do not understand that allegation to bolster his claim in any way. Can more than five telephone calls on a single day with the requisite intent rise to the level of a 15 U.S.C. §1692d(5) violation? Perhaps not. But perhaps so. With notice pleading we must consider possible scenarios giving rise to liability, and those we can envision. Perhaps defendant can prevail on summary judgment, but for now plaintiff states a claim. The motion to strike is denied.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 20, 2003.